■ BALPORT CONSTRUCTION CO., INC., Respondent, v A. J. ORLANDO CONTRACTING CO., INC., Appellant.—In an action, *inter alia,* to recover damages for breach of contract, defendant appeals from stated portions of an order of the Supreme Court, Westchester County, dated July 27, 1977, which, *inter alia,* denied its motion for summary judgment as to the first cause of action asserted in the complaint. Order affirmed insofar as appealed from, with $50 costs and disbursements. Issues of fact exist which may be resolved only after a trial. Damiani, J. P., Suozzi, Rabin and Shapiro, JJ., concur.